**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.	CASE NO. 3:08-cr-316-J-32TEM

ROBERT WILLIAM GODWIN

## ORDER

This case is before the Court on Defendant's Amended Motion to Suppress Statement (Doc. 21), to which the United States has filed a response (Doc. 27). The Magistrate Judge held a hearing on October 22, 2008, following which the Magistrate Judge entered a Report and Recommendation (Doc. 36), recommending that the Amended Motion to Suppress be denied. No objections have been filed to the Magistrate Judge's Report and Recommendation and the time for objections has passed. The Court has now undertaken an independent <u>de</u> <u>novo</u> review of the Amended Motion to Suppress. It is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 36) is **ADOPTED** as the opinion of the Court.

2. Defendant's Amended Motion to Suppress Statement (Doc. 21) is **DENIED**.

**DONE AND ORDERED** in Jacksonville, Florida, this 21st day of January, 2009.

*/s/ Timothy J. Corrigan*
TIMOTHY J. CORRIGAN
United States District Judge

md.
Copies to:
David Rodney Brown, AUSA
Gerald Scott Bettman, Esquire
U.S. Probation
U.S. Pretrial
U.S. Marshal Service